**UNITED STATES of America,
Plaintiff-Appellant,**

v.

**James Junior FINCH, Defendant-Appellee.**

**No. 75–2149.**

United States Court of Appeals,
Ninth Circuit.

July 19, 1977.

Revised July 29, 1977.

Keith L. Burrowes, Asst. U. S. Atty., Billings, Mont., argued for plaintiff-appellant.

Robert W. Holmstrom, argued, Longan & Holmstrom, Billings, Mont., for defendant-appellee.

Before CHAMBERS and KENNEDY, Circuit Judges, and WONG,* District Judge.

Pursuant to the decision of the Supreme Court of the United States in *Finch v. United States,* —— U.S. ——, 97 S.Ct. 2909, 53 L.Ed.2d 1048 (1977) (per curiam), the appeal is DISMISSED.

---

* Honorable Dick Yin Wong, United States District Judge for the District of Hawaii, sitting by designation.